MAR 2'10AM10:03 USBCEW

DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
ZISUMBO JR, MANUEL L

Case No. 08-00181-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $1.85, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| ZISUMBO JR, MANUEL L | 2702 S ASSEMBLY RD APT 2 SPOKANE, WA 99224 | $1.85 |

Dated: February 25, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874012       3-2-10       $1.85